| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

RAE WILKINSON,                          §
                                        §
            Plaintiff,                  §
                                        §
*versus*                                §     CIVIL ACTION NO. 1:06-CV-571
                                        §
ALLSTATE TEXAS LLOYD'S                  §
and THOMAS L. HARRINGTON,               §
                                        §
            Defendants.                 §

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on September 21, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 28th day of November, 2006.


_____
            MARCIA A. CRONE
        UNITED STATES DISTRICT JUDGE